UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OCTAVIO SANDOVAL, | ) |
| Plaintiff, | ) |
| | ) NO. CV-08-041-CI |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) **JUDGMENT IN A** |
| Commissioner of Social Security, | ) **CIVIL CASE** |
| | ) |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion to Dismiss is **DENIED**. The matter is remanded to the Appeals Council for review pursuant to 20 C.F.R. § 404.967 and .968., and Judgment is entered for Plaintiff.

DATED this 8th day of August, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk